■ In the Matter of NASSAU COUNTY SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS, Petitioner, v COUNTY OF NASSAU et al., Respondents. [46 NYS3d 422]—Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of prohibition to prohibit a justice of the Supreme Court, Nassau County, from determining an order to show cause returnable November 4, 2016, in an action entitled *Moore v Nassau County Socy. for Prevention of Cruelty to Animals*, pending under Nassau County index No. 7024/16.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Eng, P.J., Balkin, Leventhal and LaSalle, JJ., concur.